# MEMORANDUM DECISIONS.

---

DRAKE v. STATE. (No. 3914.) (Court of Criminal Appeals of Texas. Jan. 19, 1916.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Jackson Drake, alias Jack Drake, was convicted of manslaughter, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of manslaughter, and his punishment assessed at two years' confinement in the state penitentiary. As no statement of facts nor any bill of exceptions accompany the record, there is nothing presented for review. The judgment is affirmed.

---

HARRIS v. STATE. (No. 3949.) (Court of Criminal Appeals of Texas. Feb. 2, 1916.) Appeal from District Court, Red River County; Ben H. Denton, Judge. Edgar Harris was convicted of perjury, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a conviction for perjury, with the lowest penalty assessed. There is neither a statement of facts nor any bills of exceptions, and nothing is presented which can be reviewed in the absence of these. Therefore the judgment must be affirmed.

DAVIDSON, J., not present at consultation.

---

NOONAN v. STATE. (No. 3927.) (Court of Criminal Appeals of Texas. Jan. 26, 1916.) Appeal from District Court, Galveston County; Robt. G. Street, Judge. T. Noonan was con-

victed of sodomy, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of sodomy. There is no statement of facts nor bill of exceptions. Nothing is presented which can be reviewed in the absence of these. Therefore the judgment must be affirmed.

DAVIDSON, J., absent.

---

Ex parte PIZANA. (No. 3892.) (Court of Criminal Appeals of Texas. Jan. 19, 1916.) Appeal from District Court, Cameron County; W. B. Hopkins, Judge. Application by Ramon Pizana for a writ of habeas corpus. Relator ordered admitted to bail. Canales & Dancy, of Brownsville, and E. C. Gaines, of Austin, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Relator was arrested under a charge of murder, and resorted to a writ of habeas corpus to obtain his release. It is not the purpose of this opinion to discuss the facts. After a careful review, however, of the evidence, we are of opinion the cause is clearly bailable. The judgment will be reversed, and bail will be granted in the sum of $5,000. Upon giving bond in the terms of the law for the above-stated amount, said bond to be approved by the sheriff of Cameron county, relator will be discharged from custody.